UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     Case No. 2:08-mJ-02461
                                    )
                Plaintiff,          )     ORDER OF PRETRIAL DETENTION
                                    )            AFTER HEARING
        v.                          )     (18 U.S.C. § 3142(i))
                                    )
Jose Licea - Martinez )
                Defendant.          )
                                    )

                              I.

A.    (  ) Upon motion of the Government in a case that involves:

            1.    (  ) a crime of violence or an offense listed in
                  18 U.S.C. § 2332b(g)(5)(B), for which a
                  maximum term of imprisonment of ten (10)
                  years or more is prescribed; or

            2.    (  ) an offense for which the maximum sentence is
                  life imprisonment or death; or

            3.    (  ) an offense for which a maximum term of
                  imprisonment of ten (10) years or more is
                  prescribed in the Controlled Substances Act,
                  Controlled Substances Import and Export Act
                  or Maritime Drug Law Enforcement Act; or

II.

A.   ( ✓ )        The Court finds by a preponderance of the evidence
                   that no condition or combination of conditions
                   will reasonably assure the appearance of defendant
                   as required;

B.   (   )        The Court finds by clear and convincing evidence
                   that no condition or combination of conditions
                   will reasonably assure the safety of any other
                   person and the community.

III.

The Court has considered:

A.   ( ✓ the nature and circumstances of the offense(s) charged;

B.   ( ✓ the weight of the evidence against defendant;

C.   ( ✓ the history and characteristics of defendant;

D.   ( ✓ the nature and seriousness of the danger to any person
          or the community that would be posed by defendant's
          release;

E.   ( ✓ the Pretrial Services Report/Recommendation;

F.   ( ✓ the evidence proffered/presented at the hearing;

G.   ( ✓ the arguments of counsel.

///
///
///
///
///
///

3

IV.

The Court concludes:

A.   (  ) Defendant poses a risk to the safety of other persons
        and the community based on: _____

        _____

        _____

        _____

B.   ( ✓ ) Defendant poses a serious flight risk based on: _____
        _lack of background information, lack of_
        _known bail resources, defendants'_
        _status, defendants' parole status_

C.   (  ) A serious risk exists that defendant will:
        1.   (  ) obstruct or attempt to obstruct justice;
        2.   (  ) threaten, injure or intimidate a prospective
                 witness or juror or attempt to do so;

     based on:   _____

        _____

        _____

        _____

D.   (  ) Defendant has not rebutted by sufficient evidence to
        the contrary the presumption provided in 18 U.S.C.
        § 3142(e) that no condition or combination of
        conditions will reasonably assure the safety of any
        other person and the community;

     and/or

4

1  ( ) Defendant has not rebutted by sufficient evidence to

2  the contrary the presumption provided in 18 U.S.C.

3  § 3142(e) that no condition or combination of

4  conditions will reasonably assure the appearance of

5  defendant as required.

6  IT IS ORDERED that defendant be detained prior to trial.

7  IT IS FURTHER ORDERED that defendant be committed to the custody

8  of the Attorney General for confinement to a corrections facility

9  separate, to the extent practicable, from persons awaiting or serving

10  sentences or persons held in custody pending appeal.

11  IT IS FURTHER ORDERED that defendant be afforded reasonable

12  opportunity for private consultation with defendant's counsel.

13  IT IS FURTHER ORDERED that, on Order of a Court of the United

14  states or on request of an attorney for the Government, the person in

15  charge of the corrections facility in which defendant is confined

16  deliver defendant to a United States Marshal for the purpose of an

17  appearance in connection with a court proceeding.

18  DATED:      10/15/08

19

20

21  HONORABLE  JACQUELINE  CHOOLJIAN
   United States Magistrate Judge

22

23

24

25

26

27

28

5